**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By Andrew C. Thomson, Deputy (Bar # 149057)
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone:  (661) 868-3800
Facsimile:  (661) 868-3805

Attorney for Defendant,
Kern County CA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kerry D. Fritz II,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Kern County CA, Crestwood Corp. CA, Omnicare Inc. KY<br><br>　　　　　　Defendants. | CASE NO. CV-F-07-00377 OWW TAG<br><br>**DEFENDANT COUNTY OF KERN'S REQUEST TO WITHDRAW 12(b)(6) MOTION, WITHOUT PREJUDICE, WITH LEAVE TO REFILE IF APPLICABLE** |

   COMES NOW, Defendant County of Kern, erroneously sued herein as Kern County CA, (hereinafter "County"), and respectfully requests that the Court allow the County to withdraw, without prejudice, the County's 12(b)(6)/12(e) Motion to Dismiss Plaintiff's Complaint filed on, or about, June 26, 2007.  County recently learned of an Amended Complaint filed by Plaintiff on or about April 25, 2007 which supercedes Plaintiff's Complaint addressed in the underlying motion.  County became aware of the Amended Complaint on June 27, 2007, and received an e-mailed copy from Plaintiff on June 28, 2007.

\ \ \

\ \ \

\ \ \

1  The County will stipulate that the e-mailed copy received on June 28, 2007 will
2  constitute service of the Amended Complaint and thus County's responsive pleading to the
3  Amended Complaint is now due on, or before, July 18, 2007.

4  Dated: June 29, 2007  B.C. BARMANN, SR., COUNTY COUNSEL

6  By     / s / Andrew C. Thomson
7  Andrew C. Thomson, Deputy
   Attorney for Defendant Kern County CA

10  **ORDER**

11  Good cause appearing therefore,

21  IT IS SO ORDERED.

22  **Dated:   July 2, 2007**           **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE