1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BENJAMIN L. WEBSTER  132230
2  400 Capitol Mall
   Suite 1700
3  Sacramento, CA  95814-4419
   Telephone: (916) 329-4700
4  Facsimile: (916) 441-3583

5  Attorneys for Defendant
   OMNICARE, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                    FRESNO DIVISION

11

Kerry D. Fritz II,                )   No. 1:07-CV-00377 OWW TAG
                                  )
              Plaintiff,           )   ORDER DISMISSING DEFENDANT
                                  )   OMNICARE, INC., WITHOUT
       vs.                        )   PREJUDICE
                                  )        [Fed. R. Civ. P. 41(a)]
Kern County CA, Crestwood Corp. CA,)
Omnicare Inc. KY,                 )
                                  )
              Defendants.          )
                                  )

18       Having received and considered the "NOTICE OF DISMISSAL OF DEFENDANT

19  OMNICARE, INC. WITH-OUT PREJUDICE" by Plaintiff in Pro Per Kerry D. Fritz II

20  (attached hereto as Exhibit A), and having reviewed the file in this case, pursuant to Rule

21  41(a) of the Federal Rules of Civil Procedure, the Court hereby orders that the Defendant

22  Omnicare, Inc. (sued erroneously herein as "Omnicare Inc. KY") be and hereby is

23  dismissed from the above-captioned action without prejudice.

24       IT IS SO ORDERED.

25  Dated:  June 12, 2007

26

27                          _____/s/ Oliver W. Wanger_____

28                              Hon. Oliver W. Wanger

600321856v1                           - 1 -   [PROPOSED] ORDER DISMISSING DEFENDANT OMNICARE,
                                              INC., WITHOUT PREJUDICE
                                              Case No. 1:07-CV-00377 OWW TAG

PDF created with pdfFactory trial version www.pdffactory.com