1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                         EASTERN DISTRICT OF CALIFORNIA

8

9   KERRY D. FRITZ II,            )        No. CV-F-07-377 OWW/TAG
                                   )
10                                 )        MEMORANDUM DECISION AND
                                   )        ORDER GRANTING PLAINTIFF'S
11              Plaintiff,         )        MOTION FOR EXTENSION OF TIME
                                   )        TO FILE THIRD AMENDED
12        vs.                      )        COMPLAINT AND DIRECTING
                                   )        PLAINTIFF TO FILE THIRD
13                                 )        AMENDED COMPLAINT WITHIN 20
    COUNTY OF KERN, et al.,        )        DAYS OF SERVICE DATE OF
14                                 )        ORDER (Doc. 78)
                                   )
15              Defendant.         )
                                   )
16  _____)

17

18        By Memorandum Decision filed on May 12, 2008, Plaintiff was

19   ordered to file a Third Amended Complaint within 20 days of

20   service of the Memorandum Decision.

21        On May 29, 2008, Plaintiff filed a motion for extension of

22   time to file the Third Amended Complaint and to stay proceedings

23   in this action:

24              The Court is requested to post-pone the date
                of the filing of the TAC until the end until
25              [sic] such time after the criminal
                proceedings against him so that Plaintiff can
26              return to Indonesia and gather the necessary

                                   1

letters rogatory from the officials who can better project how much money the Plaintiff lost being spent in the claimed frivolous litigation against him.

The Court is requested to stay the proceedings in order to hold a scheduling conference so that various discovery-related issues can be discussed and to discuss the relevance to the Claims' elements, as well as to make clear what is irrelevant to the claims or defenses.

Plaintiff's request for an open-ended extension of time to file the Third Amended Complaint is denied.  This action cannot proceed in the absence of the Third Amended Complaint.  Discovery under the Federal Rules of Civil Procedure will be tied to the Third Amended Complaint and cannot commence until that pleading is filed and, in the event Defendants do not again move to dismiss, file Answers.  Plaintiff presents no legitimate basis for staying this action pending the conclusion of the 2007 criminal proceedings against him.  Until the Third Amended Complaint is filed alleging a cognizable claim based on the 2007 criminal proceedings, it cannot be determined whether or not a discretionary stay will be entered with respect to that claim. Plaintiff's assertions that he cannot adequately plead his damages without traveling to Indonesia "to discuss with the various officials previously dealt with how much more money than that owed to the Plaintiff just for being incarcerated against his will, plus the time accruing in the present state and federal litigation(s), vis-à-vis what those officials and the Plaintiff had previously planned," does not justify the requested open-

ended extension.

Plaintiff's motion for extension of time represents that Plaintiff had oral surgery on May 13, 2008, which prevented "Plaintiff from traveling and receiving his main mail for a period of time afterwards."  Given this representation, Plaintiff is granted an additional 20 days from the service date of this Order to file the Third Amended Complaint.  Plaintiff is advised that failure to timely comply will result in dismissal of this action and that no further extensions of time to file the Third Amended Complaint will be granted.

IT IS SO ORDERED.

Dated:   **June 9, 2008**                        **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE