1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY D. FRITZ II, | )    1:07-cv-00377 OWW TAG |
|          Plaintiff, | ) |
| | )    ORDER OF RECUSAL; |
|    v. | )    ORDER DIRECTING REASSIGNMENT |
| | ) |
| KERN COUNTY et al., | ) |
| | ) |
|          Defendants. | ) |
| | ) |

On the basis of good cause, the undersigned Magistrate Judge recuses herself from this action and directs the Clerk of Court to reassign another Magistrate Judge to this action and make appropriate adjustments, if any, in the assignments of cases to compensate for such reassignment.

IT IS SO ORDERED.

Dated: __February 15, 2009__                      __/s/ Theresa A. Goldner__
_____                                   UNITED STATES MAGISTRATE JUDGE